MONROE, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala.R.App. P.; Rule 56, Ala.R.Civ.P.; §§ 12-21-12 and 25-5-31, Ala.Code 1975; Altadena Valley Golf & Country Club v. Blue Cross and Blue Shield of Alabama, 644 So.2d 913 (Ala.1994); Bass v. SouthTrust Bank of Baldwin County, 538 So.2d 794, 797-98 (Ala.1989); Motes v. Matthews, 497 So.2d 1121, 1123 (Ala.1982).
ROBERTSON, P.J., and CRAWLEY, J., concur.
THIGPEN, and YATES, JJ., dissent.